UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK A. CANNAVAN,<br>Plaintiff,<br>v.<br>NEWSOM, et al.,<br>Defendants. | No. 1:26-cv-06048-KES-FJS (PC)<br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DISMISS ACTION AS DUPLICATIVE<br>Doc. 10 |

Plaintiff Patrick A. Cannavan is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 6, 2026, the assigned magistrate judge screened the complaint and issued findings and recommendations that this action be dismissed as duplicative of *Cannavan v. Newsom, et al.*, Case No. 1:26-cv-05670-FJS (PC) ("*Cannavan I*"). Doc. 10. Those findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days after service. *Id.* at 6. Plaintiff timely filed objections on August 14, 2026. Doc. 11.

In his objections, plaintiff sets forth a variety of legal conclusions and unrelated factual allegations, but he does not address the magistrate judge's finding that the instant action is duplicative of *Cannavan I*, or that plaintiff may seek to raise claims against more than one

individual named defendant in *Cannavan I* if he believes other individuals violated his rights as a result of the same incident. *See* Doc. 11. The court also notes that plaintiff filed identical objections to findings and recommendations in other cases where the magistrate judge recommended dismissal of the complaints as duplicative of *Cannavan I*. *See e.g.,* Case No. 1:26-cv-06035-KES-FJS (PC), Doc. 11.

In accordance with 28 U.S.C. § 636(b)(1), this court has conducted a de novo review of this case. Having carefully reviewed the file, including plaintiff's objections, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly,

1. The findings and recommendations issued on August 6, 2026, Doc. 10, are adopted in full;
2. This action is dismissed as duplicative; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: August 30, 2026

UNITED STATES DISTRICT JUDGE